IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANGEL SLOAN-LITTLE,

   Plaintiff,

  v.

BANK OF AMERICA, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:11-CV-2313-TWT

ORDER

This is an action seeking damages under the Fair Debt Collections Act.. It is before the Court on the Report and Recommendation [Doc. 8] of the Magistrate Judge recommending dismissing the action for failure to state a claim. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 6 day of February, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge